JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY LYTTON,<br><br>    Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH NORTHRIDGE HOSPITAL MEDICAL CENTER; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:21-cv-03558-RGK (PVC)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE |

## [PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice against Defendant Anthem Blue Cross Life and Health Insurance Company is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 14, 2021

By: *Gary Klausner* (signature)

R. Gary Klausner

United States District Judge